UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GRAHAM-BINGHAM IRREVOCABLE TRUST, a Washington Trust, | |
| Plaintiff, | C10-1185Z |
| v. | MINUTE ORDER |
| JOHN HANCOCK LIFE INSURANCE COMPANY USA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant John Hancock Life Insurance Company (U.S.A.)'s motion for summary judgment, docket no. 37, is GRANTED in part and DENIED in part as follows:

(a) Defendant's motion is GRANTED as to plaintiff's fraud claim, and plaintiff's second cause of action is DISMISSED in part with prejudice to the extent it asserts a claim other than violation of Washington's Consumer Protection Act ("CPA");

(b) Defendant's motion is GRANTED as to plaintiffs' breach of contract claim, plaintiffs' third cause of action is DISMISSED with prejudice, and plaintiffs' sixth cause of action for rescission is DISMISSED with prejudice to the extent it is based on a breach of contract theory;

(c) Defendant's motion is GRANTED as to plaintiffs' securities law claim, and plaintiffs' fourth cause of action is DISMISSED with prejudice;

MINUTE ORDER - 1

       (d)    Defendant's motion is GRANTED as to plaintiffs' breach of insurance law claim, and plaintiffs' fifth cause of action is DISMISSED in part with prejudice to the extent it asserts a private right of action for violation of RCW Title 48; and

       (e)    Defendant's motion for summary judgment is otherwise DENIED.

(2)    Plaintiff Graham-Bingham Irrevocable Trust's motion for partial summary judgment, docket no. 43, is GRANTED in part and DENIED in part as follows:

       (a)    The Court HOLDS as a matter of law that defendant John Hancock Life Insurance Company (U.S.A.) violated RCW 48.102.100(1)(c) when it failed to include with the lapse warning notice issued on December 21, 2009, or with the lapse warning reminder notice issued on January 21, 2010, the notice of alternative transactions required by the statute; and

       (b)    Plaintiff's motion is otherwise DENIED.

(3)    In light of these rulings, the parties should be prepared to proceed to trial on the following claims: (i) violation of the CPA (second cause of action); and (ii) the tort of bad faith (or breach of the duty of good faith) (fifth and sixth causes of action). The Court will issue a separate order explaining its rulings.

(4)    Pursuant to Local Rule CR 51, counsel are directed to meet and confer concerning jury instructions and to jointly provide a set of agreed instructions, as well as a set of disputed instructions. The Court will provide counsel, via e-mail, a set of the Court's standard instructions. Counsel need not submit any of these instructions, unless counsel have specific objections and wish to propose alternatives. After filing their agreed and disputed jury instructions via CM/ECF, counsel are requested to also provide them, via e-mail, in either WordPerfect or Word format.

(5)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 14th day of October, 2011.

                              WILLIAM M. McCOOL, Clerk

                                  s/ Claudia Hawney
                    By _____
                           Claudia Hawney
                           Deputy Clerk

MINUTE ORDER - 2